

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

RYON GAMBILL, ET AL.,            §
                                 §
          Plaintiffs,            §
                                 §
VS.                              §    NO. 4:06-CV-418-A
                                 §
RICHARD J. HIBBS, ET AL.,        §
                                 §
          Defendants.            §

## FINAL JUDGMENT

In accordance with the order of dismissal signed by the court this same day,

The court ORDERS, ADJUDGES and DECREES that all claims and causes of action asserted by plaintiffs, Ryon Gambill and Marauder Corporation, against remaining defendants, Richard J. Hibbs a/k/a Richard B. Hibbs a/k/a B. Hibbs a/k/a Budd Hibbs, Susan Hibbs, and Enom, Incorporated, be, and are hereby, dismissed without prejudice.

This is intended to be the final judgment finally disposing of all claims that have been asserted in the above-captioned litigation by any party against any other party to the litigation so that all adjudications of the court are appealable.  To the extent that the court needs to do so for that degree of finality to be accomplished, the court hereby determines that there is no

just reason for delay in, and hereby directs, entry of final

judgment as to dismissals or other dispositions of any claims

that have been asserted in this action by any party against any

other party to the action.

SIGNED October 31, 2006.

JOHN McBRYDE
United States District Judge

2